IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RANDY KESSLER; BRENDA KESSLER,

        Plaintiffs,

v.

OREGON DEPARTMENT OF CHILD WELFARE; JOSH MILLER; JENNIFER MILLER,

        Defendants.

1:13-cv-01023-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#32). Plaintiffs' motion (#14) and request for judicial notice (#31) are DENIED. Defendants' motion to dismiss (#22) is GRANTED.

IT IS SO ORDERED.

DATED this **30** day of October, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER